UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ADRON LITTLEMON FLOYD,

    Plaintiff,

v.

    Case No. 2:05-cv-140
    HON. R. ALLAN EDGAR

RUO JIM LACHANCE; RUO RECKER;
CO T. DATTO; CO TENNYSON;
CO O'DELL; SGT. HAYS; SGT. HAAJATA;
RN CARRIE; RN JOHNSON; RN NANCY;
RUM JOUREAU; CASE MANAGER PERTTU,

    Defendants.
_____/

## JUDGMENT

On November 14, 2005, United States Magistrate Judge Timothy P. Greeley filed his report and recommendation. [Court Doc. No. 15]. Plaintiff has not timely filed any objections.

After reviewing the record, the Court hereby **ACCEPTS AND ADOPTS** the Magistrate Judge's report and recommendation pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(b), and W.D.Mich. LCivR 72.3. The plaintiff's entire complaint is **DISMISSED WITH PREJUDICE** as to all defendants pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute.

This is a **FINAL JUDGMENT**. Each party shall bear their own costs of this action. The Clerk of Court shall close the record in this case.

The Clerk of Court is **DIRECTED** to mail a copy of this order to the plaintiff at 12636 Chelsea Street, Detroit, MI 48213.

DATED: *January 10, 2006*            */s/ R. Allan Edgar*
                                                         R. ALLAN EDGAR
                                                          UNITED STATES DISTRICT JUDGE